# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

JORGE LUIS PEREZ-HERNANDEZ, *
 *
    Petitioner, * CIVIL ACTION NO.: 5:18-cv-22
 *
 *
v. *
 *
TRACY JOHNS, *
 *
    Respondent. *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 20. Petitioner Jorge Perez-Hernandez ("Perez-Hernandez") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's unopposed Motion to Dismiss, and **DISMISSES without prejudice** Perez-Hernandez's 28 U.S.C. § 2241 Petition for failure to exhaust his administrative remedies. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

The Court **DENIES** Perez-Hernandez *in forma pauperis* status on appeal.

**SO ORDERED**, this 20 day of March, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)